In the Matter of the Appraisal under the Estate Tax Law of the Estate of WILLIAM D. MENDELSON, Deceased. STATE TAX COMMISSION, Appellant; GLADYS D. MENDELSON, as Executrix of, and as Sole Beneficiary under, the Last

* By order of Appellate Division, filed October 8, 1936, appeal was heard on original papers.— [REP.

Will and Testament of WILLIAM D. MENDELSON, Deceased, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.